1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Special Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6821
       FAX: (415) 436-7234
7      Katherine.Lloyd-Lovett@usdoj.gov

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 16-251 WHA |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | ) |
| LAMAR JOHNSON | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at a status conference on September 6, 2016, that the time between September 6, 2016 and September 20, 2016, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Excluding time until September 20, 2016, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: September 6, 2016                      /s/
                                                          KATHERINE M. LLOYD-LOVETT
                                                          Special Assistant United States Attorney

DATED: September 6, 2016                      /s/
                                                          GALIA AMRAM
                                                          Assistant Federal Public Defender
                                                          Counsel for Defendant LAMAR JOHNSON

[PROPOSED] ORDER

As explained on the record at a status conference on September 6, 2016, the Court finds that the exclusion of the period from September 6, 2016, to September 20, 2016, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  September 7, 2016.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE