STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:     (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Lamar JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 16-251 WHA |
| Plaintiff, | **DEFENDANT'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF;** |
| v. | **[PROPOSED] ORDER** |
| LAMAR JOHNSON, | |
| Defendant. | |

Mr. Lamar Johnson, by and through counsel Galia Amram and the Federal Public Defender office for the Northern District of California, respectfully requests that this Court permit him to file an oversized reply brief in support of his motion to suppress filed today, October 18, 2016.  According to the Criminal Local Rules of this Court, any reply brief filed with respect to a pretrial motion "shall comply with Civil L.R. 7-3(b), (c) and (d) . . . with respect to format and length *unless otherwise ordered*." Crim. L.R. 47-2(d) (emphasis added).  In

1

turn, Civil L.R. 7-3(c) provides that a reply brief "may not exceed 15 pages of text." Civil L.R. 7-3(c).

The government's opposition to defendant's motion to suppress necessitates the discussion of two searches; one subject to a warrant, and one not.  Because of these separate and complex Fourth Amendment issues, Mr. Johnson respectfully request that this Court accept his contemporaneously filed reply brief, which totals 21 pages.

Date:  October 18, 2016

    Respectfully submitted,

    STEVEN G. KALAR
    Federal Public Defender

    _____/s/_____

    GALIA AMRAM
    Assistant Federal Public Defender

### [PROPOSED] ORDER

For good cause shown, the Court hereby permits defendant Lamar Johnson to file an oversized reply brief in this matter.

Dated: October 18, 2016.    _____
    HON. WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

2

*UNITED STATES V. JOHNSON*, CR No. 16-251 WHA
MOT. AND [PROPOSED] ORDER TO FILE OVERSIZE BRIEF