STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-251 WHA |
| Plaintiff, | [PROPOSED] ORDER PERMITTING ISSUANCE OF SUBPOENAS DUCES TECUM |
| v. | |
| LAMAR JOHNSON, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Office of the Federal Public Defender, Northern District of California, is authorized to issue subpoenas duces tecum, commanding the production of the personnel file of the East Palo Alto Police Officers named herein located at the East Palo Alto Police Department:

1.   Sergeant Clint Simmont, Star 2167

IT IS SO ORDERED.

Dated__November 3, 2016.__                          _____
                                                    HON. WILLIAM ALSUP
                                                    United States District Court Judge

*UNITED STATES V. LAMAR JOHNSON, CR 16-251 WHA*
 [PROP.] ORDER FOR ISSUANCE OF RULE 17(C) SUBPOENAS                                    1