1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | KATHERINE M. LLOYD-LOVETT (CABN 276256)
Special Assistant United States Attorney
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6821
FAX: (415) 436-7234
7 | Katherine.Lloyd-Lovett@usdoj.gov

8 | Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO: CR 16-251 WHA |
|---|---|
| Plaintiff, | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | |
| LAMAR JOHNSON | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the conclusion of oral argument on December 13, 2016, that the time between December 13, 2016, and January 17, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(H), (h)(7)(A), and (h)(7)(B). Excluding time until January 17, 2017, will allow for continuity of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: December 13, 2016          /s/
                                   KATHERINE M. LLOYD-LOVETT
                                   Special Assistant United States Attorney

DATED: December 13, 2016          /s/
                                   GALIA AMRAM
                                   Assistant Federal Public Defender
                                   Counsel for Defendant LAMAR JOHNSON

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 16-251 WHA

**[~~PROPOSED~~] ORDER**

As explained on the record at the close of oral argument on defendant's Motion to Suppress on December 13, 2016, the Court finds that the exclusion of the period from December 13, 2016, to January 17, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny the defendant continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: December 13, 2016.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE