BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR- 16-00251-WHA |
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| LAMAR JOHNSON, | |
| Defendant. | |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action, as stated on the record at the status conference on January 17, 2017, that the time between January 17, 2017 and January 31, 2017 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(H), (h)(7)(A), and (h)(7)(B). Excluding time until January 31, 2017 will allow for continuity of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(H)(iv).

//

//

//

//

ORDER EXLUDING TIME
Case No. CR 16-00251-WHA

1    IT IS SO STIPULATED.

2  DATED: January 18, 2017                          BRIAN J. STRETCH
                                                    United States Attorney
3

4                                                         /s/
                                                    KAREN KREUZKAMP
5                                                   Assistant United States Attorney

6  DATED: January 18, 2017
7

8                                                         /s/
                                                    GALIA AMRAM
9                                                   Assistant Federal Public Defender Counsel
                                                    for Defendant LAMAR JOHNSON
10

11

12

13                                   **[PROPOSED] ORDER**

14    As explained on the record during the January 17, 2017 status conference, the Court finds that

15 the exclusion of the period from January 17, 2017 to January 31, 2017 from the time limits applicable

16 under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the

17 interests of the public and the defendant in the prompt disposition of this criminal case; and that the

18 failure to grant the requested exclusion of time would unreasonably deny the defendant continuity of

19 counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

20 *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

21    IT IS SO ORDERED.

22

23 DATED: January 18, 2017.        _____
                                    HON. WILLIAM H. ALSUP
24                                  United States Senior District Judge

ORDER EXLUDING TIME
Case No. CR 16-00251-WHA