IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMAR JOHNSON,<br><br>Defendant. | **Case No.:** CR 16–251 WHA<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING** |

The above-entitled matter is currently scheduled for sentencing on May 2, 2017. Probation requires additional time to complete the Presentence Report. The parties accordingly request that the matter be continued until May 30, 2017 at 2:00 p.m.

Therefore, for good cause shown the sentencing hearing currently scheduled on May 2, 2017 shall be vacated. The matter shall be continued until May 30, 2017 at 2:00 p.m.

IT IS SO ORDERED.

February 22, 2017.
Dated

WILLIAM ALSUP
United States District Judge