1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-6821
7       FAX: (415) 436-7027
        Katherine.Lloyd-Lovett@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         ) Case No.: CR 16-00251 WHA
14                                   )
         Plaintiff,                  ) STIPULATION AND [PROPOSED] ORDER
15                                   ) UNSEALING JUDGMENT IN A CRIMINAL CASE
      v.                             )
16                                   )
   LAMAR JOHNSON,                    )
17                                   )
         Defendant.                  )
18 _____    )

1 The United States, by its counsel Assistant United States Attorney Katherine Lloyd-Lovett, and defendant Lamar Johnson, by his counsel Galia Amram, stipulate and agree as follows.

On May 30, 2017, the parties filed their sentencing memoranda as to defendant. Defendant moved to seal his sentencing memorandum and the Court granted that motion. On June 6, 2017, the Court sentenced the defendant. The Court subsequently sealed the Judgment in this case pursuant to Court order.

The parties have conferred and agree that the Judgment itself does not contain any of the sensitive personal information that was the subject of defendant's motion to seal his sentencing memorandum. Accordingly, the parties hereby agree and stipulate that, with the Court's permission, the Judgement should be unsealed and available on the public docket.

SO STIPULATED.

DATED: June 19, 2017　　　　　　　　　　BRIAN J. STRETCH
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Katherine M. Lloyd-Lovett*
　　　　　　　　　　　　　　　　　　　　KATHERINE M. LLOYD-LOVETT
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: June 19, 2017　　　　　　　　　　/s/ *Galia Amram*
　　　　　　　　　　　　　　　　　　　　GALIA AMRAM
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　Counsel for the Defendant

**Attestation of Filer**

In addition to myself, the other signatory to this document is Galia Amram. I hereby attest that I have her permission to enter a conformed signature on her behalf and to file this document.

DATED:　　　June 19, 2017　　　　　　　*/s/ Katherine M. Lloyd-Lovett*
　　　　　　　　　　　　　　　　　　　　KATHERINE M. LLOYD-LOVETT
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER UNSEALING JUDGMENT
CR 16-00251 WHA

# [PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the Judgment in a Criminal Case in the above-captioned matter shall be unsealed.

**IT IS SO ORDERED.**

Dated: June 29, 2017.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER UNSEALING JUDGMENT
CR 16-00251 WHA