IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-0251 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING ACCESS TO TRANSCRIPT OF SENTENCING HEARING ON JUNE 6, 2017** |
| LAMAR JOHNSON, | |
| Defendant. | |

It is hereby ordered that the defense counsel, Galia Amram, and Assistant United States Attorney, Katie Lloyd-Lovett, are authorized to obtain a transcript of the June 6, 2017 sealed sentencing hearing.

**IT IS SO ORDERED.**

Dated: June 29, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE